**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 01-1598**

───────────────

STEVEN J. TAYLOR,

Plaintiff - Appellant,

versus

RITZ CAMERA CENTERS, INCORPORATED,

Defendant - Appellee.

───────────────

Appeal from the United States District Court for the District of Maryland, at Baltimore. William M. Nickerson, District Judge. (CA-99-3226-WMN)

───────────────

Submitted: October 18, 2001          Decided: October 25, 2001

───────────────

Before MOTZ and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

───────────────

Affirmed by unpublished per curiam opinion.

───────────────

Steven J. Taylor, Appellant Pro Se. Harriet Ellen Cooperman, SAUL EWING, L.L.P., Baltimore, Maryland, for Appellee.

───────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Steven J. Taylor appeals from the district court's order granting summary judgment in favor of Ritz Camera Centers in his action in which he asserted claims of employment discrimination. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Taylor v. Ritz Camera Ctrs</u>, No. CA-99-3226-WMN (D. Md. filed Mar. 29, 2001; entered Mar. 30, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>